```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 22908
   PEGGY J GIES
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-7837


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/08/05 and confirmed on 10/12/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   9360.00 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
-----------------------------------------------------------------------------
AMERICAN HONDA FINANCE C   SECURED              .00            .00             .00
HARRIS BANK CONSUMER LOA   CURRENT MORTG        .00            .00             .00
FIA CARD SERVICES          UNSECURED       NOT FILED           .00             .00
SMC                        UNSECURED         2870.93           .00          1133.01
ECAST SETTLEMENT CORPORA   UNSECURED         7639.78           .00          3015.03
RESURGENT CAPITAL SERVIC   UNSECURED        10004.30           .00          3948.19
PATIENTS 1ST ER MEDICAL    UNSECURED          164.60           .00            64.96
         Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00      20679.61         .00       20679.61
PRINCIPAL PAID          .00         .00       8161.19         .00        8161.19
INTEREST PAID           .00         .00            .00        .00             .00
TOTAL PAID              .00         .00       8161.19         .00        8161.19
The Debtor's attorney, MATTHEW M LITVAK ESQ         , was allowed $    1200.00
and was paid $    404.00  direct and $    796.00  through the plan.

The Trustee received $    402.81 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 02/09/09                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
   CASE NO. 05 B 22908 PEGGY J GIES
```